# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-7025**

**September Term, 2023**

**1:23-mc-00004-CJN**

**Filed On:** September 28, 2023

In re: Subpoenas Served On American
Academy of Pediatrics, et al.,

------------------------------

American Academy of Pediatrics, et al.,

        Appellants

      v.

Jason Weida,

        Appellee

      **BEFORE:**    Wilkins, Katsas, and Walker, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause filed July 14, 2023, and the responses thereto, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that the parties, while not otherwise limited, address in their briefs whether this case should be dismissed as moot or whether the capable of repetition yet evading review exception to the mootness doctrine applies.  See, e.g., Planned Parenthood of Wis., Inc. v. Azar, 942 F.3d 512, 517–18 (D.C. Cir. 2019).

The Clerk is directed to enter a briefing schedule.

**Per Curiam**