APPEAL

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:23−mc−00004−CJN</u>

| | |
|---|---|
| In Re: SUBPOENAS SERVED ON | Date Filed: 01/13/2023 |
| Assigned to: Judge Carl J. Nichols | Jury Demand: None |
| Cause: Motion to Quash Subpoenas | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**<u>In Re</u>**

**SUBPOENAS SERVED ON:**

**<u>Petitioner</u>**

**AMERICAN ACADEMY OF PEDIATRICS**            represented by   **Cortlin Hall Lannin**
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street
San Francisco, CA 94105−2533
415−591−7078
Email: clannin@cov.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Jean Veta**
COVINGTON & BURLING LLP
850 Tenth Street, NW
Suite 638N
Washington, DC 20001−4956
(202) 662−5294
Fax: (202) 778−5294
Email: jveta@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lanosa**
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Suite 35th Floor
Los Angeles, CA 90067
424−332−4780
Email: mlanosa@cov.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**<u>Petitioner</u>**

**ENDOCRINE SOCIETY**            represented by   **Cortlin Hall Lannin**

1

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Jean Veta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lanosa**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

| | | |
|---|---|---|
| **WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH** | represented by | **Cortlin Hall Lannin** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**D. Jean Veta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lanosa**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

| | | |
|---|---|---|
| **AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY** | represented by | **Cortlin Hall Lannin** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**D. Jean Veta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lanosa**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

represented by

**AMERICAN ACADEMY OF FAMILY PHYSICIANS**

**Cortlin Hall Lannin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Jean Veta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lanosa**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**AMERICAN ACADEMY OF NURSING**

represented by **Cortlin Hall Lannin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Jean Veta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lanosa**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS**

represented by **Cortlin Hall Lannin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Jean Veta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lanosa**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**AMERICAN COLLEGE OF PHYSICIANS**

represented by **Cortlin Hall Lannin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Jean Veta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lanosa**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**AMERICAN MEDICAL ASSOCIATION**

represented by **Cortlin Hall Lannin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Jean Veta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lanosa**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**AMERICAN PEDIATRIC SOCIETY**

represented by **Cortlin Hall Lannin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Jean Veta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lanosa**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

| | | |
|---|---|---|
| **AMERICAN PSYCHIATRIC ASSOCIATION** | represented by | **Cortlin Hall Lannin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **D. Jean Veta**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael J. Lanosa**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **ASSOCIATION OF AMERICAN MEDICAL COLLEGES** | represented by | **Cortlin Hall Lannin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **D. Jean Veta**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael J. Lanosa**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS** | represented by | **Cortlin Hall Lannin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **D. Jean Veta**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael J. Lanosa**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

**NORTH CENTRAL FLORIDA**
**COUNCIL OF CHILD &**
**ADOLESCENT PSYCHIATRY**

represented by **Cortlin Hall Lannin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Jean Veta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lanosa**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**SOCIETIES FOR PEDIATRIC**
**UROLOGY**

represented by **Cortlin Hall Lannin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Jean Veta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lanosa**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**SOCIETY FOR ADOLESCENT**
**HEALTH AND MEDICINE**

represented by **Cortlin Hall Lannin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Jean Veta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lanosa**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

| | | |
|---|---|---|
| **SOCIETY FOR PEDIATRIC RESEARCH** | represented by | **Cortlin Hall Lannin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **D. Jean Veta**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael J. Lanosa**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **SOCIETY OF PEDIATRIC NURSES** | represented by | **Cortlin Hall Lannin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **D. Jean Veta**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael J. Lanosa**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

V.

**Respondent**

| | | |
|---|---|---|
| **JASON WEIDA** | represented by | **Mohammad Omar Jazil**<br>HOLTZMAN VOGEL BARAN<br>TORCHINSKY & JOSEFIAK PLLC<br>119 S Monroe Street<br>Suite 500<br>Tallahassee, FL 32301<br>850−391−0503<br>Email: mjazil@holtzmanvogel.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Gary V. Perko**<br>HOLTZMAN VOGEL<br>119 S Monroe Street<br>Suite 500 |

Tallahassee, FL 32301
850−391−0502
Email: gperko@holtzmanvogel.com
*ATTORNEY TO BE NOTICED*

**Joshua Pratt**
HOLTZMAN VOGEL
119 S Monroe Street
Suite 500
Tallahassee, FL 32301
850−270−5938
Email: jpratt@holtzmanvogel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**AUGUST DEKKER**                        represented by   **Omar Francisco Gonzalez−Pagan**
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street
19th Floor
New York, NY 10005
212−809−8585
Email: ogonzalez−pagan@lambdalegal.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Catherine A. McKee**
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin Street
Suite 110
Chapel Hill, NC 27514
314−791−5600
Email: mckee@healthlaw.org
*ATTORNEY TO BE NOTICED*

**Gary J. Shaw**
PILLSBURY WINTHROP SHAW
PITTMAN
1200 Seventeenth Street, NW
Washington, DC 20036
304−612−4708
Email: gary.shaw@pillsburylaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**BRIT ROTHSTEIN**                       represented by   **Omar Francisco Gonzalez−Pagan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Catherine A. McKee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary J. Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**SUSAN DOE**                     represented by    **Omar Francisco Gonzalez−Pagan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Catherine A. McKee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary J. Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**K.F.**                          represented by    **Omar Francisco Gonzalez−Pagan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Catherine A. McKee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary J. Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2023 | 1 | MOTION TO QUASH (Filing fee $ 49, receipt number 203827) filed by AMERICAN PEDIATRIC SOCIETY, AMERICAN ACADEMY OF NURSING, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, AMERICAN ACADEMY OF PEDIATRICS, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETIES FOR PEDIATRIC UROLOGY, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, AMERICAN ACADEMY OF FAMILY PHYSICIANS, ENDOCRINE SOCIETY, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN PSYCHIATRIC ASSOCIATION, NATIONAL ASSOCIATION OF PEDIATRIC NURSE |

|  |  | PRACTITIONERS, NORTH CENTRAL FLORIDA COUNCIL OF CHILD & ADOLESCENT PSYCHIATRY, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, SOCIETY OF PEDIATRIC NURSES, AMERICAN MEDICAL ASSOCIATION, AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY. (Attachments: # 1 Declaration of AAP, # 2 Declaration of Endocrine Society, # 3 Declaration of WPATH, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M, # 17 Exhibit N, # 18 Exhibit O, # 19 Exhibit P, # 20 Exhibit Q, # 21 Exhibit R, # 22 Exhibit S, # 23 Exhibit T, # 24 Exhibit U, # 25 Exhibit V, # 26 Memorandum in Support, # 27 Text of Proposed Order)(zed) Modified fillers on 1/23/2023 (zed). (Entered: 01/19/2023) |
| 01/13/2023 | 2 | DECLARATION re 1 MOTION TO QUASH (Filing fee $ 49, receipt number 203827) filed by SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, AMERICAN PSYCHIATRIC ASSOCIATION, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, AMERICAN ACADEMY OF FAMILY PHYSICIANS, NORTH CENTRAL FLORIDA COUNCIL OF CHILD & ADOLESCENT PSYCHIATRY, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY, SOCIETY FOR PEDIATRIC RESEARCH, ENDOCRINE SOCIETY, SOCIETIES FOR PEDIATRIC UROLOGY, AMERICAN MEDICAL ASSOCIATION, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, SOCIETY OF PEDIATRIC NURSES, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN ACADEMY OF NURSING, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN PEDIATRIC SOCIETY. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(zed). Modified fillers on 1/23/2023 (zed). (Entered: 01/19/2023) |
| 01/13/2023 | 3 | NOTICE of Appearance by D. Jean Veta on behalf of AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN MEDICAL ASSOCIATION, AMERICAN PEDIATRIC SOCIETY, AMERICAN PSYCHIATRIC ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, ENDOCRINE SOCIETY, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, NORTH CENTRAL FLORIDA COUNCIL OF CHILD & ADOLESCENT PSYCHIATRY, SOCIETIES FOR PEDIATRIC UROLOGY, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETY OF PEDIATRIC NURSES, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH (zed). Modified fillers on 1/23/2023 (zed). (Entered: 01/19/2023) |
| 01/13/2023 | 4 | NOTICE OF RELATED CASE by AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN MEDICAL ASSOCIATION, AMERICAN PEDIATRIC SOCIETY, AMERICAN |

| | | |
|---|---|---|
| | | PSYCHIATRIC ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, ENDOCRINE SOCIETY, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, NORTH CENTRAL FLORIDA COUNCIL OF CHILD & ADOLESCENT PSYCHIATRY, SOCIETIES FOR PEDIATRIC UROLOGY, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETY OF PEDIATRIC NURSES, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH. (zed) Modified filers on 1/23/2023 (zed). (Entered: 01/19/2023) |
| 01/13/2023 | 5 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN MEDICAL ASSOCIATION, AMERICAN PEDIATRIC SOCIETY, AMERICAN PSYCHIATRIC ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, ENDOCRINE SOCIETY, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, NORTH CENTRAL FLORIDA COUNCIL OF CHILD & ADOLESCENT PSYCHIATRY, SOCIETIES FOR PEDIATRIC UROLOGY, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETY OF PEDIATRIC NURSES, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH (zed) (Entered: 01/19/2023) |
| 01/13/2023 | 6 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN MEDICAL ASSOCIATION, AMERICAN PEDIATRIC SOCIETY, AMERICAN PSYCHIATRIC ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, ENDOCRINE SOCIETY, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, NORTH CENTRAL FLORIDA COUNCIL OF CHILD & ADOLESCENT PSYCHIATRY, SOCIETIES FOR PEDIATRIC UROLOGY, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETY OF PEDIATRIC NURSES, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Memorandum in Support, # 2 Declaration of AAP, # 3 Declaration of Endocrine Society, # 4 Declaration of WPATH, # 5 Text of Proposed Order)(zed) Modified filers on 1/23/2023 (zed). (Entered: 01/19/2023) |
| 01/19/2023 | 7 | Unopposed MOTION to Expedite *Decision on Non−Parties Joint Motion to Quash Subpoenas* by JASON WEIDA. (Attachments: # 1 Text of Proposed Order Proposed Order)(Jazil, Mohammad) (Entered: 01/19/2023) |
| 01/19/2023 | 8 | NOTICE of Appearance by Mohammad Omar Jazil on behalf of JASON WEIDA (Jazil, Mohammad) (Entered: 01/19/2023) |
| 01/19/2023 | 9 | NOTICE of Appearance by Gary V. Perko on behalf of JASON WEIDA (Perko, Gary) (Entered: 01/19/2023) |
| 01/20/2023 | 10 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Joshua E. Pratt, Filing fee $ 100, receipt number ADCDC−9802912. Fee Status: Fee Paid. by |

| | | |
|---|---|---|
| | | JASON WEIDA. (Attachments: # 1 Declaration Declaration of Joshua E. Pratt and Certificate, # 2 Text of Proposed Order Proposed Order Granting Motion for Pro Hac Vice Admission)(Jazil, Mohammad) (Entered: 01/20/2023) |
| 01/20/2023 | 11 | RESPONSE re 1 MOTION TO QUASH Subpoenas (Filing fee $ 49, receipt number 203827) *Subpoenas*, Memorandum in opposition to re 1 Motion to Quash,,,,, *Subpoenas* filed by JASON WEIDA. (Attachments: # 1 Appendix Appendix to Opposition to the Non−Parties Joint Motion to Quash Subpoenas, # 2 Text of Proposed Order Proposed Order Denying Motion to Quash Subpoenas)(Jazil, Mohammad) (Entered: 01/20/2023) |
| 01/23/2023 | 12 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Michael J. Lanosa, Filing fee $ 100, receipt number ADCDC−9806957. Fee Status: Fee Paid. by AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN MEDICAL ASSOCIATION, AMERICAN PEDIATRIC SOCIETY, AMERICAN PSYCHIATRIC ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, ENDOCRINE SOCIETY, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, NORTH CENTRAL FLORIDA COUNCIL OF CHILD & ADOLESCENT PSYCHIATRY, SOCIETIES FOR PEDIATRIC UROLOGY, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETY OF PEDIATRIC NURSES, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH. (Attachments: # 1 Declaration of Michael J. Lanosa, # 2 Proposed Order)(Veta, D.) (Entered: 01/23/2023) |
| 01/23/2023 | 13 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Cortlin H. Lannin, Filing fee $ 100, receipt number ADCDC−9806965. Fee Status: Fee Paid. by AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN MEDICAL ASSOCIATION, AMERICAN PEDIATRIC SOCIETY, AMERICAN PSYCHIATRIC ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, ENDOCRINE SOCIETY, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, NORTH CENTRAL FLORIDA COUNCIL OF CHILD & ADOLESCENT PSYCHIATRY, SOCIETIES FOR PEDIATRIC UROLOGY, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETY OF PEDIATRIC NURSES, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH. (Attachments: # 1 Declaration of Cortlin H. Lannin, # 2 Proposed Order)(Veta, D.) (Entered: 01/23/2023) |
| 01/24/2023 | | MINUTE ORDER. Upon review of Petitioners' 1 Motion to Quash and Respondents' 11 Response in Opposition, it is ORDERED that the Parties shall appear for a telephonic hearing on January 26, 2023, at 9:00 AM. Signed by Judge Carl J. Nichols on January 24, 2023. (lccjn2) (Entered: 01/24/2023) |
| 01/24/2023 | | Set/Reset Hearings: Telephone Conference scheduled for 1/26/2023, at 9:00 AM before Judge Carl J. Nichols. (ztg) (Entered: 01/24/2023) |
| 01/25/2023 | | MINUTE ORDER. Upon review of the 6 Unopposed Motion to Seal, it is ORDERED that the Motion is GRANTED. It is further ORDERED that the Unredacted |

| | | |
|---|---|---|
| | | Declarations of American Academy of Pediatrics, World Professional Association for Transgender Health, and Endocrine Society filed in Support of the Joint Motion of Nonparty Groups to Quash Rule 45 Subpoenas and for Fees shall be filed and maintained under seal. Signed by Judge Carl J. Nichols on January 25, 2023. (lccjn2) (Entered: 01/25/2023) |
| 01/25/2023 | | MINUTE ORDER. The Court having considered the 10 Motion for Leave to Appear Pro Hac Vice of Joshua E. Pratt, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(c), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Joshua E. Pratt is ADMITTED to practice before the Court pro hac vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Carl J. Nichols on January 25, 2023. (lccjn2) (Entered: 01/25/2023) |
| 01/25/2023 | | MINUTE ORDER. The Court having considered the 12 Motion for Leave to Appear Pro Hac Vice of Michael J. Lanosa, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(c), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Michael J. Lanosa is ADMITTED to practice before the Court pro hac vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Carl J. Nichols on January 25, 2023. (lccjn2) (Entered: 01/25/2023) |
| 01/25/2023 | | MINUTE ORDER. The Court having considered the 13 Motion for Leave to Appear Pro Hac Vice of Cortlin H. Lannin, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(c), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Cortlin H. Lannin is ADMITTED to practice before the Court pro hac vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Carl J. Nichols on January 25, 2023. (lccjn2) (Entered: 01/25/2023) |
| 01/25/2023 | 14 | REPLY to opposition to motion re 1 MOTION TO QUASH (Filing fee $ 49, receipt number 203827) filed by AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN MEDICAL ASSOCIATION, AMERICAN PEDIATRIC SOCIETY, AMERICAN PSYCHIATRIC ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, ENDOCRINE SOCIETY, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, NORTH CENTRAL FLORIDA COUNCIL OF CHILD & ADOLESCENT PSYCHIATRY, SOCIETIES FOR PEDIATRIC UROLOGY, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETY OF PEDIATRIC NURSES, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH. (Attachments: # 1 Declaration of C. Lannin, # 2 Ex. 1 − 2023.01.18 Brandt v. Griffin (E.D. Ark.) Defendant Proposed FoF, # 3 Ex. 2 − 2023.01.18 Brandt v. Griffin (E.D. Ark.) Plaintiff Proposed FoF)(Veta, D.) (Entered: 01/25/2023) |
| 01/25/2023 | 15 | NOTICE of Appearance by Gary J. Shaw on behalf of AUGUST DEKKER, BRIT ROTHSTEIN, SUSAN DOE, K.F. (Shaw, Gary) (Entered: 01/25/2023) |

| 01/25/2023 | 16 | NOTICE of Appearance by Catherine A. McKee on behalf of AUGUST DEKKER, SUSAN DOE, K.F., BRIT ROTHSTEIN (McKee, Catherine) (Entered: 01/25/2023) |
| --- | --- | --- |
| 01/25/2023 | 17 | MOTION for Leave to File *Amicus Curiae* by AUGUST DEKKER, SUSAN DOE, K.F., BRIT ROTHSTEIN. (Attachments: # 1 Amicus Brief, # 2 Proposed Order)(Shaw, Gary) (Entered: 01/25/2023) |
| 01/26/2023 | | Minute Order and Entry for proceedings held before Judge Carl J. Nichols: Motion Hearing held on 1/26/2023 re 1 MOTION TO QUASH. Motion 1 Granted in Part, Denied in Part, and Held in Abeyance in part; for reasons set forth on the record. Documents due by 2/1/2023. Further Order to be issued by the Court. Court Reporter: Lorraine Herman. (zcam) (Entered: 01/26/2023) |
| 01/26/2023 | 18 | ORDER granting in part, denying in part, and holding in abeyance in part the 1 Motion to Quash. Signed by Judge Carl J. Nichols on January 26, 2023. (lccjn2) (Entered: 01/26/2023) |
| 01/26/2023 | 19 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Omar Gonzalez−Pagan, Filing fee $ 100, receipt number ADCDC−9816985. Fee Status: Fee Paid. by AUGUST DEKKER, SUSAN DOE, K.F., BRIT ROTHSTEIN. (Attachments: # 1 Gonzalez−Pagan Declaration, # 2 Certificate of Good Standing, # 3 Proposed Order)(Shaw, Gary) (Entered: 01/26/2023) |
| 01/27/2023 | | NOTICE of ERROR re 19 Motion for Leave to Appear Pro Hac Vice; emailed to gary.shaw@pillsburylaw.com, cc'd 12 associated attorneys — The PDF file you docketed contained errors: 1. **Please note the following deficiency and file/refile document as instructed**, 2. Declaration must have an original, ink signature; refile using the event **Declaration** (zed, ) (Entered: 01/27/2023) |
| 01/27/2023 | 20 | NOTICE of Appearance by Cortlin Hall Lannin on behalf of AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN MEDICAL ASSOCIATION, AMERICAN PEDIATRIC SOCIETY, AMERICAN PSYCHIATRIC ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, ENDOCRINE SOCIETY, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, NORTH CENTRAL FLORIDA COUNCIL OF CHILD & ADOLESCENT PSYCHIATRY, SOCIETIES FOR PEDIATRIC UROLOGY, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETY OF PEDIATRIC NURSES, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH (Lannin, Cortlin) (Entered: 01/27/2023) |
| 01/27/2023 | 21 | NOTICE of Appearance by Michael J. Lanosa on behalf of AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN MEDICAL ASSOCIATION, AMERICAN PEDIATRIC SOCIETY, AMERICAN PSYCHIATRIC ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, ENDOCRINE SOCIETY, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, NORTH CENTRAL FLORIDA COUNCIL OF CHILD & ADOLESCENT PSYCHIATRY, SOCIETIES FOR PEDIATRIC |

| | | |
|---|---|---|
| | | UROLOGY, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETY OF PEDIATRIC NURSES, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH (Lanosa, Michael) (Entered: 01/27/2023) |
| 01/27/2023 | 22 | NOTICE *Concerning Underlying Case and Non−Party's Unopposed Request for Extension* by JASON WEIDA re 18 Order on Motion for Leave to File, Order on Motion to Quash, Order on Motion to Expedite, Set/Reset Deadlines (Jazil, Mohammad) (Entered: 01/27/2023) |
| 01/27/2023 | 23 | NOTICE of Appearance by Joshua Pratt on behalf of JASON WEIDA (Pratt, Joshua) (Entered: 01/27/2023) |
| 01/27/2023 | | MINUTE ORDER. In light of the Non−Parties' 22 Unopposed Request for Extension, it is ORDERED that the subpoena compliance deadline for the Court's 18 Order is extended up to and including February 9, 2023. Signed by Judge Carl J. Nichols on January 27, 2023. (lccjn2) (Entered: 01/27/2023) |
| 01/27/2023 | 24 | DECLARATION *of Omar Gonzalez−Pagan* by AUGUST DEKKER, SUSAN DOE, K.F., BRIT ROTHSTEIN. (Shaw, Gary) (Entered: 01/27/2023) |
| 01/31/2023 | | MINUTE ORDER. The Court having considered the 19 Motion for Leave to Appear Pro Hac Vice of Omar Gonzalez−Pagan, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(c), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Omar Gonzalez−Pagan is ADMITTED to practice before the Court pro hac vice. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Carl J. Nichols on January 31, 2023. (lccjn2) (Entered: 01/31/2023) |
| 02/06/2023 | 25 | NOTICE of Appearance by Omar Francisco Gonzalez−Pagan on behalf of AUGUST DEKKER, SUSAN DOE, K.F., BRIT ROTHSTEIN (Gonzalez−Pagan, Omar) (Entered: 02/06/2023) |
| 02/21/2023 | | MINUTE ORDER. It is ORDERED that the Parties shall appear for a telephonic hearing on February 27, 2023, at 11:00 AM. Signed by Judge Carl J. Nichols on February 21, 2023. (lccjn2) (Entered: 02/21/2023) |
| 02/27/2023 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Status Conference held on 2/27/2023. Court Reporter: Lorraine Herman. (zcam) (Entered: 02/27/2023) |
| 02/28/2023 | 26 | ORDER. Signed by Judge Carl J. Nichols on February 28, 2023. (lccjn2) (Entered: 02/28/2023) |
| 03/02/2023 | 27 | Emergency MOTION to Stay re 26 Order, 18 Order on Motion for Leave to File, Order on Motion to Quash, Order on Motion to Expedite, Set/Reset Deadlines *Pending Appeal* by AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN MEDICAL ASSOCIATION, AMERICAN PEDIATRIC SOCIETY, AMERICAN PSYCHIATRIC ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, ENDOCRINE SOCIETY, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, NORTH CENTRAL FLORIDA COUNCIL OF CHILD & ADOLESCENT PSYCHIATRY, SOCIETIES |

| | | |
|---|---|---|
| | | FOR PEDIATRIC UROLOGY, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETY OF PEDIATRIC NURSES, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH. (Attachments: # 1 Statement of Points and Authorities, # 2 Proposed Order Granting Motion for Stay Pending Appeal)(Veta, D.) (Entered: 03/02/2023) |
| 03/02/2023 | | MINUTE ORDER. Upon review of the Petitioners' 27 Emergency Motion for a Stay, it is ORDERED that Respondents shall file a response by 5:00 PM on March 3, 2023. Signed by Judge Carl J. Nichols on March 2, 2023. (lccjn2) (Entered: 03/02/2023) |
| 03/02/2023 | 28 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 18 Order on Motion for Leave to File, Order on Motion to Quash, Order on Motion to Expedite, Set/Reset Deadlines, 26 Order by AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN MEDICAL ASSOCIATION, AMERICAN PEDIATRIC SOCIETY, AMERICAN PSYCHIATRIC ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, ENDOCRINE SOCIETY, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, NORTH CENTRAL FLORIDA COUNCIL OF CHILD & ADOLESCENT PSYCHIATRY, SOCIETIES FOR PEDIATRIC UROLOGY, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETY OF PEDIATRIC NURSES, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH. Filing fee $ 505, receipt number ADCDC−9898170. Fee Status: Fee Paid. Parties have been notified. (Veta, D.) (Entered: 03/02/2023) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, *et al.*, | Misc. Case No. 23-MC-00004 (CJN) |
| AUGUST DEKKER, *et al.*,<br><br>        Plaintiffs,<br>v.<br><br>JASON WEIDA, *et al.*,<br><br>        Defendants. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

<u>**NOTICE OF APPEAL**</u>

NOTICE is hereby given that American Academy of Pediatrics ("AAP"), Endocrine Society, World Professional Association for Transgender Health ("WPATH"), American Academy of Child & Adolescent Psychiatry, American Academy of Family Physicians, American Academy of Nursing, American College of Obstetricians and Gynecologists, American College of Physicians, American Medical Association, American Pediatric Society, American Psychiatric Association, Association of American Medical Colleges, National Association of Pediatric Nurse Practitioners, North Central Florida Council of Child & Adolescent Psychiatry, Societies for Pediatric Urology, Society for Adolescent Health and Medicine, Society for Pediatric Research, and Society of Pediatric Nurses (collectively, the "Nonparty Groups") hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Orders entered in this case on January 26, 2023, *see* Order (Jan. 26, 2023), ECF No. 18, and on February 28, 2023, *see* Order (Feb. 28, 2023), ECF No. 26, resolving the Nonparty Groups' Motion to Quash, ECF No. 1. The

Nonparty Groups also appeal from any and all underlying orders, rulings, findings, and/or conclusions adverse to them.

Dated: March 2, 2023

Respectfully submitted,

*/s D. Jean Veta*

D. Jean Veta

Cortlin H. Lannin (CA Bar No. 266488)
(admitted *pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105
Phone: (415) 591-6000
clannin@cov.com

Michael J. Lanosa (CA Bar No. 30124)
(admitted *pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Phone: (424) 332-4800
mlanosa@cov.com

D. Jean Veta (D.C. Bar No. 358980)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
jveta@cov.com

*Counsel for Nonparty Groups*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s D. Jean Veta
D. Jean Veta

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, *et al.*, | Misc. Case No. 23-MC-00004 (CJN) |
| AUGUST DEKKER, *et al.*,        Plaintiffs, v. JASON WEIDA, *et al.*,        Defendants. | Northern District of Florida Case No. 4:22-cv-325-RH-MAF |

## <u>ORDER</u>

For the reasons discussed in detail at the February 27, 2023 telephonic hearing, it is hereby

**ORDERED** that the fourth paragraph of the Court's January 26, 2023 Order relating to the

production of documents is clarified as follows:

In producing documents sufficient to show "how" the Nonparty Groups established guidelines or policy positions on gender-affirming care for the treatment of gender dysphoria, the Nonparty Groups shall produce documents sufficient to show both (a) the process by which any such guidelines or policy positions were adopted, and (b) the substantive materials and opinions that were considered and relied upon, as well as the materials and opinions that were considered and rejected, in adopting the guidelines or policy positions. This includes, but is not limited to, documents that would be sufficient to show what studies were considered in adopting the guidelines or policy positions and why a particular study was relied upon or rejected. It also includes documents that would be sufficient to show whether any dissenting views were otherwise acknowledged, whether such views were considered in adopting guidelines or policy positions, and why such views were rejected.[1]

---

[1] The Court refers the AHCA and the Nonparty Groups to its oral instructions at the February 27, 2023 hearing for further clarification of its previous Order.

It is further **ORDERED** that the World Professional Association for Transgender Health, the Endocrine Society, and the American Academy of Pediatrics shall submit to depositions on the following terms:

1. Each organization shall designate a single corporate representative of their choosing to appear for deposition on behalf of each respective organization.
2. The depositions shall take place at a mutually agreeable time, but each deposition must be held no later than three days prior to the discovery deadline set by the United States District Court for the Northern District of Florida.
3. A deposition may take place over Zoom if the organization so chooses.
4. Each deposition shall be limited to no more than three hours on the record, but the AHCA may for good cause move for additional time.
5. The deposition topics shall be limited to the topics covered in the Court's Order for the production of documents, as clarified by this Order. Specifically, the depositions shall cover the following topics:
   a. The organization's total number of members.
   b. How the organization establishes guidelines or policy positions.
   c. The organization's guidelines or policy position on gender-affirming care for gender dysphoria.
   d. How the organization established its guidelines or policy position on gender-affirming care for gender dysphoria (as clarified by this Order and the Court's oral instructions).
   e. Official communications with the organization's membership concerning its guidelines or policy position on gender-affirming care for gender dysphoria.

The Court retains jurisdiction to enforce this Order.

Date: February 28, 2023

_____
CARL J. NICHOLS
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, *et al.*, | Misc. Case No. 23-MC-00004 (CJN) |
| AUGUST DEKKER, *et al.*,    Plaintiffs, v. JASON WEIDA, *et al.*,    Defendants. | Northern District of Florida Case No. 4:22-cv-325-RH-MAF |

**<u>ORDER</u>**

For the reasons discussed at the January 26, 2023 telephonic hearing, and based on the entire record of this matter, it is hereby

**ORDERED** that the Movants' Motion to Quash is **GRANTED IN PART**, **DENIED IN PART**, and **HELD IN ABEYANCE IN PART**; and it is further

**ORDERED** that, on or before February 2, 2023, each Movant shall produce:

1. Documents sufficient to show its total number of members.
2. Documents sufficient to show how it establishes guidelines or, if it does not establish guidelines, policy positions.
3. Its guidelines or policy position (if any) on gender-affirming care for gender dysphoria.
4. Documents sufficient to show how it established guidelines or, if it has not established guidelines, its policy position (if any) on gender-affirming care for gender dysphoria.
5. Any official communications with its membership concerning its guidelines or, if it has not established guidelines, its policy position (if any) on gender-affirming care for gender dysphoria.

1

The Court holds in abeyance the question of whether and to what extent depositions should be permitted.  The Court retains jurisdiction over this matter to enforce this Order.


Date: January 26, 2023

_____
CARL J. NICHOLS
United States District Judge

2