# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7025**                      **September Term, 2022**

**1:23-mc-00004-CJN**

**Filed On:** March 7, 2023

In re: Subpoenas Served On American Academy of Pediatrics, et al.,

------------------------------

American Academy of Pediatrics, et al.,

      Appellants

   v.

Jason Weida,

      Appellee

      **BEFORE:**   Pillard, Childs, and Pan, Circuit Judges

### O R D E R

Upon consideration of the emergency motion for a stay pending appeal, it is

**ORDERED** that appellee file a response to the emergency motion by 12:00 noon on Wednesday, March 8, 2023. Any reply is due by 6:00 p.m. on Wednesday, March 8, 2023.

### Per Curiam

                                 **FOR THE COURT:**
                                 Mark J. Langer, Clerk

                        BY:    /s/
                                 Lynda M. Flippin
                                 Deputy Clerk